# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) |
| v. | )      Criminal Case No. 91-567 |
| | ) |
| CHRISTOPHER DAVID TAYLOR, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

No objection to the Report and Recommendation of Magistrate Judge Robin M. Meriweather having been filed, it is hereby **ADOPTED**.

The Court **GRANTS** the Probation Office's request to modify the terms of Christopher Taylor's supervised release. Specifically, the Court adds a special condition of two-and-one-half months of radio frequency home monitoring and home detention with the following exceptions to leave his home: employment, education, religious services, medical/substance abuse/mental health treatment, attorney visits, court appearances, court-ordered obligations, or other pre-approved activities by a probation officer. The Court also waives Taylor's community service requirements given his good-faith effort to comply and his difficulty in finding volunteer placement.

It is **SO ORDERED**.

Date: April 10, 2019

_____
Royce C. Lamberth
United States District Judge